UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-2428-BROWN

United States of America

Vs

Jose Camillo Joga

PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW Irma Botana, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Jose Camillo Joga, who was placed under pretrial release supervision by the Honorable Stephen T. Brown, U.S. Magistrate Judge sitting in the Court at Miami, on April 6, 2011, under the following conditions:

1. Travel restricted to the Southern District of Florida and Eastern District of North Carolina;
2. Surrender all travel documents to the U.S. Probation Office and not obtain any other travel document during case pendency;
3. Maintain residence and not move without prior court order;
4. Report, as directed, to the U.S. Probation Office;
5. Participate in mental health evaluation and/or treatment, as directed;
6. Maintain or actively seek full-time employment;
7. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel; and
8. Participate in the Location Monitoring Program by observing a daily curfew of 10:00 p.m. to 6:00 a.m. with electronic monitoring to be paid by the U.S. Probation Office, exception for travel.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

In that the defendant is requesting permission to change his residence to 18600 SW 97 Place, Miami, Florida 33157.

Furthermore, the defendant is requesting modification of the court ordered curfew in order to accept an employment offer.

PRAYING THAT THE COURT WILL ORDER Modification of bond conditions allowing the defendant to change his address of record and modification of the court order curfew allowing our office discretion to make exceptions as needed.

ORDER OF COURT

Considered and ordered this 6th day of May, 20 11 and ordered filed and made a part of the records in the above case.

Honorable Stephen T. Brown
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2011

Irma Botana, Senior
U.S. Probation Officer

Place: Miami Lakes